| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | TIMOTHY H. DELGADO<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-0080-JAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | Date: August 28, 2018 |
| GERARDO RAMIREZ,<br>EUGENE MARGARITO ORTEGA, and<br>JONATHAN LOPEZ CASTANEDA, | Time: 9:15 a.m.<br>Judge: Hon. John A. Mendez |
| Defendants. | |

Plaintiff United States of America, through its undersigned counsel, and defendants Gerardo Ramirez, Eugene Margarito Ortega, and Jonathan Lopez Castaneda, through their counsel of record, stipulate that the status conference now set for August 28, 2018, be continued to October 2, 2018, at 9:15 a.m.

On April 25, 2018, all three defendants were arraigned on the two-count Indictment in this case. (ECF Nos. 16, 18.) In the weeks following, the government produced to the defense discovery that includes 125 pages of reports and memoranda, over 200 photos, and a litany of audio and video recordings from this investigation. Defense counsel for all three defendants require additional time to review these materials, to discuss them with their clients, to conduct research into any potential suppression issues or motions to dismiss, to conduct additional investigation, and to otherwise prepare for trial.

/ / /

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
STATUS CONFERENCE

1

Based on the foregoing, the parties stipulate that the status conference currently set for August 28, 2018, be continued to October 2, 2018, at 9:15 a.m. The parties further agree that time under the Speedy Trial Act should be excluded from the date the parties stipulated, up to and including October 2, 2018, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479, [Local Code T4], based on continuity of counsel and defense preparation.

The parties agree that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties also agree that the ends of justice served by the Court granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

Respectfully submitted,

Dated: August 23, 2018    /s/ Timothy H. Delgado
TIMOTHY H. DELGADO
Assistant United States Attorney
Attorney for Plaintiff United States

Dated: August 23, 2018    /s/ THD for Benjamin D. Galloway
BENJAMIN D. GALLOWAY
Chief Assistant Federal Defender
Attorney for Defendant Gerardo Ramirez

Dated: August 23, 2018    /s/ THD for Dina L. Santos
DINA L. SANTOS
Attorney for Defendant Eugene Ortega

Dated: August 23, 2018    /s/ THD for Mark J. Reichel
MARK J. REICHEL
Attorney for Defendant Jonathan Castaneda

## ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court also finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date the parties stipulated, up to and including October 2, 2018, shall be excluded from computation of time within which the trial in this case must be commenced under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local Code T4]. It is further ordered that the August 28, 2018 status conference be continued to October 2, 2018, at 9:15 a.m.

Dated: August 23, 2018   /s/ John A. Mendez_____
Hon. John A. Mendez
United States District Court Judge